AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TERRY CARTER, on behalf of herself and all others similarly situated,         Plaintiffs

CASE NUMBER:    07-C-6608

V.

ASSIGNED JUDGE:    Judge Leinenweber

TRANSIT TELEVISION NETWORK, A Wholly Owned Subsidiary of Torstar Corporation,            Defendant.

DESIGNATED MAGISTRATE JUDGE:    Magistrage Judge Nolan

TO: (Name and address of Defendant)
TRANSIT TELEVISION NETWORK, LLC
c/o CT CORPORATION SYSTEM, Authorized Registered Agent
208 S. LASALLE STREET, SUITE 814
CHICAGO, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STOWELL & FRIEDMAN, LTD.
321 S. PLYMOUTH STREET, SUITE 1400
CHICAGO, IL 60604

an answer to the complaint which is herewith served upon you, within    Twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 2 6 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  November 26, 2007 |
| NAME OF SERVER *(PRINT)*  Deborah Wolley | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: CT Corporation System, Authorized Registered Agent,

208 S. LaSalle Street, Suite 814, Chicago, IL 60604

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/26/07
                  Date

*Signature of Server*

Stowell & Friedman, Ltd.
321 S. Plymouth Court, Suite 1400
Chicago, IL 60604

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.