IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

TERRY CARTER

      Plaintiff,

  v.

TRANSIT TELEVISION NETWORK,
A WHOLLY OWNED SUBSIDIARY
OF TORSTAR CORPORATION.

      Defendant.

Case No. 07 CV 6608

Judge Leinenweber

Magistrate Judge Nolan

_____

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
_____

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Transit Television Network ("Transit Television Network") respectfully moves this Court to extend by 20 days the time by which Transit Television Network must file an answer or other responsive pleading to the Complaint filed by Plaintiff Terry Carter ("Carter")  In support of its motion, Transit Television Network states as follows:

    1.    Transit Television Network was served with summons and complaint on or about November 26, 2007.  Its answer or other responsive pleading is due on December 17, 2007.

    2.    The undersigned counsel was recently engaged to represent Transit Television Network on this action and, because of vacation schedules and absences of key Transit Television Network personnel in the recent and upcoming weeks, needs additional time in which to adequately investigate and prepare Transit Television Network's responsive pleading.

    3.    This Motion is brought in good faith and not for purposes of delay.

4.      Carter will not be prejudiced if this Motion is granted.

WHEREFORE, Defendant Transit Television Network respectfully requests that this Court grant its motion for an extension of time to answer or otherwise respond to Plaintiff Terry Carter's complaint, and extend the date for Transit Television Network's answer or other response to Monday, January 7, 2008.

    Respectfully submitted,

    TRANSIT TELEVISION NETWORK

    s/ Becky L. Kalas
    Attorney for Defendant
    Becky L. Kalas
    IL ARDC#: 6279983

Michael W. Duffee
Becky L. Kalas
**FORD & HARRISON LLP**
55 East Monroe Street
Suite 2900
Chicago, IL  60603-5709
(312) 332-0777 (phone)
(312) 332-6130 (fax)

Dated:  December 11, 2007

Chicago:353264.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT was filed electronically with the Northern District of Illinois on December 11, 2007, and is available for viewing and downloading from the Electronic Case Filing (ECF) System. The undersigned also certifies that the foregoing MOTION was delivered to the courtroom deputy of Judge Leinenweber on the date of filing.

Service of this MOTION was accomplished electronically through the ECF System on the following ECF registered filing users:

Ethan G. Zelizer (ezelizer@sfltd.com)

and by regular U.S. Mail to the following counsel of record by depositing a copy of the MOTION in the U.S. Mail depository, located at 55 East Monroe Street, Chicago, IL 60603 before the hour of 5:00 p.m. this 11th day of December 2007, addressed as follows:

>Jasmine Emon Simmons
>Stowell and Friedman, LTD
>321 S. Plymouth Court
>Suite 1400
>Chicago, Illinois 60604

>s/ Becky L. Kalas
>Attorney for Defendant
>Becky L. Kalas
>IL ARDC#: 6279983

Michael W. Duffee
Becky L. Kalas
**FORD & HARRISON LLP**
55 East Monroe Street
Suite 2900
Chicago, IL  60603-5709
(312) 332-0777 (phone)
(312) 332-6130 (fax)

Dated:  December 11, 2007

Chicago:353264.1