IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

TERRY CARTER

      Plaintiff,

  v.

TRANSIT TELEVISION NETWORK,
A WHOLLY OWNED SUBSIDIARY
OF TORSTAR CORPORATION.

      Defendant.

Case No. 07 CV 6608

Judge Leinenweber

Magistrate Judge Nolan

_____

## NOTICE OF MOTION
_____

To:   Ethan G. Zelizer
      Jasmine Emon Simmons
      Stowell & Friedman, LTD
      321 S. Plymouth Court
      Suite 1400
      Chicago, Illinois 60604

      Please take notice that on December 13, 2007 at 9:30 a.m. the undersigned shall appear before the Honorable Judge Harry D. Leinenweber, at at Courtroom 1941 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, a copy of which is attached hereto and served upon you.

Dated: December 11, 2007

                                     Respectfully submitted,
                                     TRANSIT TELEVISION NETWORK


                                     s/ Becky L. Kalas
                                     Attorney for Defendant
                                     Becky L. Kalas
                                     IL ARDC#: 6279983

Michael W. Duffee
Becky L. Kalas
**FORD & HARRISON LLP**
55 East Monroe Street
Suite 2900
Chicago, IL  60603-5709
(312) 332-0777 (phone)
(312) 332-6130 (fax)

Dated: December 11, 2007

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that the foregoing NOTICE OF MOTION was filed electronically with the Northern District of Illinois on December 11, 2007, and is available for viewing and downloading from the Electronic Case Filing (ECF) System. The undersigned also certifies that the foregoing NOTICE was delivered to the courtroom deputy of Judge Leinenweber on the date of filing.

      Service of this NOTICE was accomplished electronically through the ECF System on the following ECF registered filing users:

            Ethan G. Zelizer (ezelizer@sfltd.com)

And by regular U.S. Mail to the following counsel of record by depositing a copy of the NOTICE in the U.S. Mail depository, located at 55 East Monroe Street, Chicago, IL 60603 before the hour of 5:00 p.m. this 11th day of December 2007, addressed as follows:

            Jasmine Emon Simmons
            Stowell and Friedman, LTD
            321 S. Plymouth Court
            Suite 1400
            Chicago, Illinois 60604

                        s/ Becky L. Kalas
                        Attorney for Defendant
                        Becky L. Kalas
                        IL ARDC#: 6279983

Michael W. Duffee
Becky L. Kalas
**FORD & HARRISON LLP**
55 East Monroe Street
Suite 2900
Chicago, IL  60603-5709
(312) 332-0777 (phone)
(312) 332-6130 (fax)

Dated: December 11, 2007

Chicago:353267.1