IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY CARTER, JENNIFER KRUEGER AND LISBETT RODRIGUEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSIT TELEVISION NETWORK LLC,<br><br>    Defendant. | Case No.  07 C 6608<br><br>Judge Leinenweber<br>Magistrate Judge Nolan<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

To:   Ethan G. Zelizer
      Jasmine Emon Simmons
      Stowell & Friedman, LTD
      321 S. Plymouth Court
      Suite 1400
      Chicago, Illinois 60604

    Please take notice that on May 7, 2008 at 9:30 a.m. the undersigned shall appear before the Honorable Judge Harry D. Leinenweber, at at Courtroom 1941 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER, a copy of which is attached hereto and served upon you.

Dated: May 2, 2008                      Respectfully submitted,

                                        TRANSIT TELEVISION NETWORK

                                        s/ Karin Anderson
                                        Attorney for the Defendant
                                        Karin Anderson
                                        IL ARDC#: 6277014

Michael W. Duffee
Karin Anderson
FORD & HARRISON LLP
55 East Monroe Street – Suite 2900
Chicago, Illinois 60603
(312) 332-0777 (ph)
(312) 332-6130 (fax)

Chicago:355716.1

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing NOTICE OF MOTION was filed electronically with the Northern District of Illinois on May 2, 2008, and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

Service of this NOTICE OF MOTION was accomplished electronically through the ECF System on the following ECF registered filing users:

Jasmine Emon Simmons (jsimmons@sfltd.com,jsimmons@sfltd.com)

Ethan G Zelizer (ezelizer@sfltd.com)

By:  s/ Karin Anderson
Attorney for the Defendant
Karin Anderson
IL ARDC#: 6277014

Michael W. Duffee
Karin Anderson
FORD & HARRISON LLP
55 East Monroe Street – Suite 2900
Chicago, Illinois 60603
(312) 332-0777 (ph)
(312) 332-6130 (fax)