U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 07 C 6608
TERRY CARTER, JENNIFER KRUEGER and LISBETT RODRIGUEZ v. TRANSIT TELEVISION NETWORK

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Transit Television Network

| |
|---|
| NAME (Type or print)<br>Karin Anderson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Karin Anderson |
| FIRM<br>Ford & Harrison LLP |
| STREET ADDRESS<br>55 E. Monroe Street, Suite 2900 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6277014 | TELEPHONE NUMBER<br>312-960-6138 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |