**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TERRY CARTER, JENNIFER** | ) | |
| **KRUEGER, AND LISBETT** | ) | |
| **RODRIGUEZ** | ) | **Case No.  07 C 6608** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Leinenweber** |
| | ) | |
| **v.** | ) | **Magistrate Judge Nolan** |
| | ) | |
| **TRANSIT TELEVISION NETWORK,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

**TO:**    Attached Service List

    **PLEASE TAKE NOTICE THAT** on Tuesday, May 6, 2008 at 9:30a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs will appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting her stead in Courtroom 1941 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Agreed Motion To Reset Discovery Cut-Off Date.

                     Respectfully submitted,

                     STOWELL & FRIEDMAN, LTD.

                     By:    /s/ Ethan G. Zelizer

Electronically filed on May 2, 2008

Linda D. Friedman
Ethan G. Zelizer
Jasmine E. Simmons
**Stowell & Friedman, Ltd.**
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604
312-431-0888

## <u>CERTIFICATE OF SERVICE</u>

I, Ethan G. Zelizer, an attorney, hereby certify that on May 2, 2008, I caused a true and correct copy of *Notice of Agreed Motion To Reset Discovery Cut-Off Date* to be served by filing with the Court via ECF to:

Michael W. Duffee
Becky L. Kalas
Karin Anderson
55 East Monroe Street, Suite 2900
Chicago, IL 60603


By: _____/s/ Ethan G. Zelizer___


Linda D. Friedman
Ethan G. Zelizer
Jasmine E. Simmons
**Stowell & Friedman, Ltd.**
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604
312-431-0888