Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6608 | DATE | 5/6/2008 |
| CASE TITLE | Terry Carter, et al vs. Transit Television Network | | |

**DOCKET ENTRY TEXT**

The Agreed Motion to reset discovery cut-off date to 8/15/2008 is granted. Enter Agreed Protective Order. Status hearing reset for 8/26/2008 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP