IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY CARTER, JENNIFER KRUEGER, AND LISBETT RODRIGUEZ | ) ) ) ) | Case No. 07 C 6608 |
| Plaintiffs, | ) ) | Judge Leinenweber |
| v. | ) ) | Magistrate Judge Nolan |
| TRANSIT TELEVISION NETWORK, | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:** Attached Service List

**PLEASE TAKE NOTICE THAT** on Thursday, August 14, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs will appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting his stead in Courtroom 1941 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Motion for Leave to File Second Amended Complaint Instanter and Unopposed Motion for Extension of Time to Conduct Discovery.

    Respectfully submitted,

    STOWELL & FRIEDMAN, LTD.

    By:  /s/ Jasmine E. Simmons

Dated: August 8, 2008

Linda D. Friedman
Jasmine E. Simmons
**STOWELL & FRIEDMAN, LTD.**
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604
312-431-0888

354482_2

## **CERTIFICATE OF SERVICE**

I, Jasmine E. Simmons, an attorney, hereby certify that on August 4, 2008, I caused a true and correct copy of *Motion for Leave to File Second Amended Complaint Instanter and Unopposed Motion for Extension of Time to Conduct Discovery* to be served via facsimile and by filing with the Court via ECF to:

Michael W. Duffee
Becky L. Kalas
Karin Anderson
**Ford & Harrison, LLP**
55 East Monroe Street
Suite 2900
Chicago, IL 60603
Fax: 312-332-6130

By: _____/s/ Jasmine E. Simmons___

Linda D. Friedman
Jasmine E. Simmons
**STOWELL & FRIEDMAN, LTD.**
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604
312-431-0888

354482_2