IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY CARTER, JENNIFER KRUEGER, AND LISBETT RODRIGUEZ | ) ) ) | |
| | ) | Case No. 07 C 6608 |
| Plaintiffs, | ) ) | Judge Leinenweber |
| v. | ) ) | Magistrate Judge Nolan |
| TRANSIT TELEVISION NETWORK, | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## AGREED MOTION FOR EXTENSION OF TIME

Plaintiffs Terry Carter, Jennifer Krueger, and Lizbett Rodriguez ("Plaintiffs"), by and through their attorneys Stowell & Friedman, Ltd., and Defendant Transit Television Networks ("Defendant" or "TTN"), by and through their attorneys Ford & Harrison, LLP, hereby move this honorable Court for an extension of time to complete discovery. In support of their motion, the parties state as follows:

1.   On September 4, 2008, the parties engaged in a teleconference pursuant to Rule 37.2 in an effort to resolve disputes in discovery that have arisen, as well as to set a schedule for discovery depositions.

2.   In so doing, the parties discovered many conflicts in their schedules, including attorney availability, witness availability, availability to travel for depositions, and other such immutable obligations including the celebrations of Rosh Hashanah and Yom Kippur.

3.   The parties believe that additional time is necessary for full and fair discovery and to complete the number of depositions currently anticipated by the parties.

355199_2

4.  The parties believe that an additional 30 days from the current close of discovery will allow them to complete discovery, thus closing discovery on Monday, November 20, 2008.

**WHEREFORE,** for the reasons set forth above, the parties respectfully request that this Court grant them an extension of time in which to complete discovery.

Respectfully submitted,

Dated: September 15, 2008

By: _____

One of the Attorneys for Plaintiffs

Linda D. Friedman
Jennifer S. Gilbert
Jasmine E. Simmons
**STOWELL & FRIEDMAN, LTD.**
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604
312-431-0888

By: _____

One of the Attorneys for Defendant

Michael W. Duffee
Becky L. Kalas
Karin Anderson
**FORD & HARRISON, LLP**
55 E. Monroe Street
Suite 2900
Chicago, IL 60603
312-332-0777