IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY CARTER, JENNIFER KRUEGER, AND LISBETT RODRIGUEZ, ) ) ) ) | Case No. 07 C 6608 |
| Plaintiffs, ) ) | Judge Leinenweber |
| v. ) ) | Magistrate Judge Nolan |
| TRANSIT TELEVISION NETWORK, ) ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Attached Service List

**PLEASE TAKE NOTICE THAT** on Thursday, September 18, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs will appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting his stead in Courtroom 1941 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Agreed Motion for Extension of Time.

                                Respectfully submitted,

                                STOWELL & FRIEDMAN, LTD.

                                By:   /s/ Jasmine E. Simmons

Dated:  September 15, 2008

Linda D. Friedman
Jennifer S. Gilbert
Jasmine E. Simmons
**STOWELL & FRIEDMAN, LTD.**
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604
312-431-0888

355390_1

## CERTIFICATE OF SERVICE

I, Jasmine E. Simmons, an attorney, hereby certify that on September 15, 2008, I caused a true and correct copy of *Notice of Agreed Motion for Extension of Time* to be served via facsimile and by filing with the Court via ECF to:

Michael W. Duffee
Becky L. Kalas
Karin Anderson
**Ford & Harrison, LLP**
55 East Monroe Street
Suite 2900
Chicago, IL 60603
Fax: 312-332-6130

                                                                                         By:_____/s/ Jasmine E. Simmons____

Linda D. Friedman
Jennifer S. Gilbert
Jasmine E. Simmons
**STOWELL & FRIEDMAN, LTD.**
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604
312-431-0888

355390_1