**CERTIFICATE OF SERVICE**

I, Jasmine E. Simmons, an attorney, hereby certify that on September 15, 2008, I caused a true and correct copy of *Agreed Motion for Extension of Time* to be served via facsimile and by filing with the Court via ECF to:

Michael W. Duffee
Becky L. Kalas
Karin Anderson
**Ford & Harrison, LLP**
55 East Monroe Street
Suite 2900
Chicago, IL 60603
Fax: 312-332-6130

                                                By:_____/s/ Jasmine E. Simmons___

Linda D. Friedman
Jennifer S. Gilbert
Jasmine E. Simmons
**STOWELL & FRIEDMAN, LTD.**
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604
312-431-0888

355391_1